UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

L.M. SESSLER EXCAVATING AND
WRECKING, INC.,

                    Plaintiff,

v.

RAMSEY CONSTRUCTORS, INC. AND
PIEDMONT EQUIPMENT, INC.,

                    Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No. 16-CV-6356P

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, as the attorneys of record for all of the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, that Plaintiff's claims against Defendants Ramsey Constructors, Inc. and Piedmont Equipment, Inc. be withdrawn and discontinued with prejudice.

Dated: June 14, 2017

/s/    David K. Hou
David Hou, Esq.
Boylan Code LLP
*Attorneys for Plaintiff*
145 Culver Road, Suite 100
Rochester, New York 14620

/s/    William P. Smith, Jr.
William P. Smith, Jr., Esq.
Brenna Boyce PLLC
*Attorneys for Defendants*
31 East Main Street, Suite 2000
Rochester, New York 14614

**SO ORDERED**

Dated June ____, 2017

                                          Honorable Marion W. Payson
                                          United States Federal Judge